# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>WILLIAM WALLER, *et al.*,<br><br>        Defendants. | Case No. 2:16-cv-00352-JCM-GWF<br><br>**ORDER** |

This matter is before the Court on Defendant William Waller's Motion for Extension of Stay (ECF No. 25), filed on June 15, 2017. The Government filed its Response (ECF No. 27) on June 27, 2017. Defendant Wells Fargo Bank, N.A filed its Opposition (ECF No. 28) on June 28, 2017. The Court conducted a hearing in this matter on July 13, 2017.

On December 6, 2016, the Court granted a 6 month stay or until criminal charges were brought against Defendant Waller, whichever occurred first, with the stay to automatically dissolve unless one or all of the parties brought a motion or stipulation to further stay the proceedings. ECF No. 24. Defendant Waller requests an additional 6 month stay of the litigation pending the outcome of a criminal investigation. Although the Government did not oppose an additional stay, Defendant Wells Fargo opposed Defendant Waller's request on the basis that it will be unduly prejudiced by a stay. ECF Nos. 27, 28. The stay in this matter expired on June 6, 2017 and the Court does not find that an additional stay is warranted. The parties shall file a discovery plan and scheduling order no later than **August 31, 2017**. Accordingly,

**IT IS HEREBY ORDERED** that Defendant William Waller's Motion for Extension of Stay (ECF No. 25) is **denied**.

1    **IT IS FURTHER ORDERED** that the parties shall file a discovery plan and scheduling
2 order no later than **August 31, 2017**.
3    DATED this 13th day of July, 2017.

```
                                    _____
                                    GEORGE FOLEY, JR.
                                    United States Magistrate Judge
```