UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>WILLIAM WALLER, et al.,<br><br>Defendant(s). | Case No. 2:16-CV-352 JCM (GWF)<br><br>ORDER |

Presently before the court is plaintiff United States of America's motion to continue the stay in this case. (ECF No. 44).

Plaintiff requests a stay of proceedings during the pendency of a related criminal case (2:18-cr-00012-JCM-VCF). *Id.* "Plaintiff requests that the Court continue the stay of proceedings in this matter in order to preserve and protect Defendant William Waller's constitutional rights against self-incrimination and to allow him to exercise his constitutional rights to fully defend himself in the criminal case." *Id.* Plaintiff's motion notes that defendant supports the granting of the instant motion. *Id.* The court holds that plaintiff's motion demonstrates good cause to continue the stay in the instant case during the pendency of the criminal case. Upon resolution of the related case, plaintiff shall forthwith notify this court so that this matter can proceed.

. . .

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's motion to stay proceedings (ECF No. 44) be, and the same hereby is, GRANTED.

DATED May 24, 2018.

　　　　　　　　　　　　　　　/s/ James C. Mahan
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE