UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-CV-352 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| WILLIAM WALLER, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *United States v. Waller et al*, case no. 2:16-cv-00352-JCM-GWF.

On May 24, 2018, the court entered an order staying proceedings in this civil matter during the pendency of related criminal case, no. 2:18-cr-00012-JCM-VCF. (ECF No. 45). Trial in the related criminal case concluded on March 18, 2019. (ECF No. 47). Accordingly, the court entered an order instructing plaintiff United States of America ("the government") to submit "an appropriate notice or motion regarding the stay of proceedings in this matter." *Id.*

In response, the government filed the instant motion to stay proceedings until after defendant William Waller's ("defendant") sentencing hearing, which is currently scheduled for August 12, 2019. (ECF No. 48). Accordingly, the court will continue the current stay until the conclusion of the sentencing hearing for the defendant.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the government's motion to stay case (ECF No. 48) be, and the same hereby is, DENIED as moot.

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that the government shall file an appropriate motion or stipulation to lift the stay of these proceedings within seven (7) days following defendant's sentencing hearing in the related criminal case, no. 2:18-cr-00012-JCM-VCF.

IT IS SO ORDERED.

DATED July 8, 2019.

_____
UNITED STATES DISTRICT JUDGE