McCARTHY & HOLTHUS, LLP
Kristin A. Schuler-Hintz, Esq., SBN: 7171
Shane P. Gale, Esq., SBN: 12967
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702)685-0329(Phone)
(866)339-5691(Fax)
Email: dcnv@mccarthyholthus.com
*Attorneys for Plaintiff,*
*Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM WALLER; and WELLS FARGO BANK, N.A., <br><br> Defendants. | Case No. 2:16-cv-00352-JCM-EJY <br><br> **SUBSTITUTION OF COUNSEL** |

Plaintiff, Wells Fargo Bank, N.A. (hereinafter "Wells Fargo"), hereby substitutes and appoints the law firm of McCarthy & Holthus, LLP as its attorney in the above entitled action in the place and stead of the law firm of Dickinson Wright PLLC.

DATED: 12/11/2019

WELLS FARGO BANK, N.A.

By: [signature]
Name: Brashae Lekisle Hy
Its: V.P. Loan Documentation

//
//
//

1

Dickinson Wright PLLC, hereby substitutes in its place and stead the law firm of McCarthy & Holthus, LLP as attorneys for Plaintiff, Wells Fargo Bank, N.A.

DATED: _____

**DICKINSON WRIGHT PLLC**

_____
Cynthia L. Alexander, Esq., SBN: 6718
Taylor Anello, Esq., SBN: 12991
5363 West Sunset Road, Suite 200
Las Vegas, NV 89113

McCarthy & Holthus, LLP hereby accepts substitution as attorney for Wells Fargo Bank, N.A, in the above entitled action, in the place and stead Dickinson Wright PLLC.

DATED: 12-11-15

**McCARTHY & HOLTHUS LLP**

_____
Kristin A. Schuler-Hintz, Esq., SBN: 7171
Shane P. Gale, Esq., SBN: 12967
9510 W. Sahara Ave. Suite 200
Las Vegas, NV 89117

Respectfully submitted by,

McCarthy & Holthus, LLP

_____
Kristin A. Schuler-Hintz, Esq., SBN: 7171
Shane P. Gale, Esq. SBN: 12967
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117

Dickinson Wright PLLC, hereby substitutes in its place and stead the law firm of McCarthy & Holthus, LLP as attorneys for Plaintiff, Wells Fargo Bank, N.A..

DATED:_____

**DICKINSON WRIGHT PLLC**

_____
Cynthia L. Alexander, Esq., SBN: 6718
Taylor Anello, Esq., SBN: 12991/12881
5363 West Sunset Road, Suite 200
Las Vegas, NV 89113

McCarthy & Holthus, LLP hereby accepts substitution as attorney for PHH Mortgage Corporation, in the above entitled action, in the place and stead Malcolm Cisneros, A Law Corporation.

DATED:_____

**McCARTHY & HOLTHUS LLP**

_____
Kristin A. Schuler-Hintz, Esq., SBN: 7171
Shane P. Gale, Esq., SBN: 12967
9510 W. Sahara Ave. Suite 200
Las Vegas, NV 89117

Respectfully submitted by,

**McCarthy & Holthus, LLP**

Kristin A. Schuler-Hintz, Esq., SBN: 7171
Shane P. Gale, Esq. SBN: 12967
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Dated: December 12, 2019

2