**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>WILLIAM WALLER, et al.,<br><br>Defendant(s). | Case No. 2:16-CV-352 JCM (EJY)<br><br>ORDER |

Presently before the court is plaintiff United States of America's ("government") status report. (ECF No. 78).

The government informs this court of its policy not to actively foreclose property that serves as a taxpayer's primary residence at this time due to the ongoing COVID-19 pandemic. (*Id.*). Although defendant William Waller is in prison, the government believes that defendant's wife currently resides in the subject property. Thus, the government does not wish to foreclose on the property immediately.

Accordingly, this court sets "a ninety-day deadline [for the government] either to submit a proposed order of foreclosure or to submit another status report on its collection plans." (*Id.*).

Accordingly,

IT IS SO ORDERED.

DATED February 5, 2021.

/s/ James C. Mahan
UNITED STATES DISTRICT JUDGE