# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-CV-352 JCM (EJY) |
| Plaintiff(s), | ORDER |
| v. | |
| WILLIAM WALLER, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *United States v. Waller et al*. The government has again submitted a status report in response to this court's order (ECF No. 79) directing the government to submit either a proposed order of foreclosure or another status report. (ECF No. 80). It says that it "still does not wish to immediately foreclose" on the property at issue where Waller's wife currently resides because of the COVID-19 pandemic.

Accordingly, the government shall submit either a proposed order of foreclosure or another status report within 180 days of this order.

IT IS SO ORDERED.

DATED May 10, 2021.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**